# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAuliffe, Steven J. | U.S. District Court - New Hampshire | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Warren B. Rudman U.S. Courthouse
55 Pleasant Street, Room 416
Concord, N.H. 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Partner | Piglet (Neighborhood Investment Club) |
| 5. | Member | Shumac, LLC |
| 6. | Member | Pleasant Lake Cottages, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Account Secured Premier Credit Line | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Accts Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2.   IRA iShares Core S&P | A | Dividend | K | T | | | | | |
| 3.   IRA iShares Russell 1000 | B | Dividend | L | T | | | | | |
| 4.   IRA iShares MSCI EAFE | C | Dividend | M | T | | | | | |
| 5.   IRA iBoxx $ Invt | A | Dividend | J | T | | | | | |
| 6.   IRA iShares Core US AGG Bond | A | Dividend | J | T | | | | | |
| 7.   IRA iShares Tips Bond | A | Dividend | J | T | | | | | |
| 8.   IRA iShares Short Term Corp Bond | A | Dividend | J | T | | | | | |
| 9.   IRA SPDR Bloomberg Barclay High Yield Bond | A | Dividend | J | T | | | | | |
| 10.   IRA Vanguard Value | B | Dividend | L | T | | | | | |
| 11.   IRA Vanguard Mid-Cap | A | Dividend | K | T | | | | | |
| 12.   IRA Vanguard FTSE Emerg Mkts | A | Dividend | K | T | | | | | |
| 13.   ExxonMobil Corp | A | Dividend | J | T | Buy<br>(add'l) | 05/28/19 | J | | |
| 14.   UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 15.   Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | K | T | | | | | |
| 16.   -UBS RMA Cash Account | A | Interest | J | T | | | | | |
| 17.   -Apple Inc | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Exact Sciences Corp | | None | J | T | | | | | |
| 19.  -Hasbro Inc | A | Dividend | J | T | | | | | |
| 20.  -Microsoft Corp | A | Dividend | J | T | | | | | |
| 21.  -Nike Inc | A | Dividend | J | T | | | | | |
| 22.  -Proofpoint Inc | | None | J | T | | | | | |
| 23.  -Upwork Inc | | None | J | T | | | | | |
| 24.  -Alibaba Group Ltd | | None | J | T | Buy | 09/04/19 | J | | |
| 25.  -Lyft, Inc | | None | J | T | Buy | 11/06/19 | J | | |
| 26.  -Splunk, Inc | | None | J | T | Buy | 05/08/19 | J | | |
| 27.  -Target Corp | A | Dividend | J | T | Buy | 01/19/19 | J | | |
| 28.  UBS Bank USA Dep Acct | A | Dividend | M | T | | | | | |
| 29.  Merrimack County Savings Bank NOW Acct (2) | A | Interest | J | T | | | | | |
| 30.  Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 31.  iShares TR Russell 2000 Index Fund | B | Dividend | L | T | | | | | |
| 32.  iShares Trust Russell Midcap Growth Index Fund | A | Dividend | K | T | | | | | |
| 33.  Apple Inc | B | Dividend | K | T | | | | | |
| 34.  Simon Property Group Inc | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | iShares iBoxx Invt Grade DE Corp Bond Fund | B | Dividend | K | T | | | | | |
| 36. | Fairfax Cty VA Pub Ser A | B | Interest | | | Sold | 04/01/19 | K | B | |
| 37. | Danaher Corp | A | Dividend | J | T | | | | | |
| 38. | Alphabet Inc. CL A | | None | L | T | | | | | |
| 39. | JP Morgan Chase & Company | A | Dividend | J | T | Buy (add'l) | 05/28/19 | J | | |
| 40. | Starbucks Corp | A | Dividend | J | T | | | | | |
| 41. | VISA Inc | B | Dividend | K | T | | | | | |
| 42. | Alphabet Inc CL C | | None | L | T | | | | | |
| 43. | Home Depot Inc | A | Dividend | L | T | | | | | |
| 44. | Janus Henderson Global Equity (Name Change) | B | Dividend | M | T | Buy (add'l) | 12/19/19 | K | | |
| 45. | iShares Trust Russell 1000 | A | Dividend | K | T | | | | | |
| 46. | Celgene Corp | B | Dividend | | | Sold | 01/08/19 | J | A | |
| 47. | Chubb Ltd | A | Dividend | K | T | | | | | |
| 48. | Janus Henderson Global FDS Euro | A | Dividend | | | Sold | 04/02/19 | L | B | |
| 49. | Washington Prime Group Inc Com | A | Dividend | J | T | | | | | |
| 50. | Biogen Inc | A | Dividend | K | T | | | | | |
| 51. | British American Tobacco PLC | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | HCA Healthcare Inc | B | Dividend | L | T | | | | | |
| 53. | Veritiv Corp Com | | None | J | T | | | | | |
| 54. | SPDR S&P MidCap 400 ETF TR | C | Dividend | L | T | | | | | |
| 55. | Technology Sector SPDR Trust SHS | B | Dividend | M | T | | | | | |
| 56. | Johnson County Kansas Water District #1 Bond | A | Interest | K | T | | | | | |
| 57. | Brentwood Tennessee G.O. Bond | A | Interest | K | T | | | | | |
| 58. | Minn St Colleges & SR A Revenue Bond | A | Interest | K | T | | | | | |
| 59. | Vermont Municipal Bond Bank SRL Revenue Bond | A | Interest | K | T | | | | | |
| 60. | Pimco Real Return Fund Class A | B | Dividend | K | T | | | | | |
| 61. | Calamos Market Neutral Income Fund Class A | B | Dividend | K | T | | | | | |
| 62. | First Eagle Global Fund Class A | B | Dividend | L | T | | | | | |
| 63. | Shumac LLC 50% Int (Holds Lake Property in Merrimack County, NH) | | None | O | W | | | | | |
| 64. | Pleasant Lake Cottages, LLC (Real Estate) | | None | O | W | | | | | |
| 65. | R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 66. | Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 67. | PNC Financial Services Group | A | Dividend | J | T | | | | | |
| 68. | PepsiCo Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Salesforce.com Inc | | None | J | T | | | | | |
| 70. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 71. UnitedHealth Group | A | Dividend | J | T | | | | | |
| 72. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 73. Microsoft Corp | A | Dividend | J | T | Buy (add'l) | 07/29/19 | J | | |
| 74. Berkshire Hathaway Inc | | None | J | T | Buy (add'l) | 08/27/19 | J | | |
| 75. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 76. Dominion Energy Inc (Name Change) | A | Dividend | J | T | | | | | |
| 77. SPDR S&P Midcap 600 | A | Dividend | K | T | | | | | |
| 78. Ecolab, Inc | A | Dividend | J | T | | | | | |
| 79. Medtronic Holding Ltd | A | Dividend | J | T | | | | | |
| 80. Vanguard REIT ETF | A | Dividend | K | T | | | | | |
| 81. Facebook Inc | A | Dividend | J | T | | | | | |
| 82. Broadcom Ltd | A | Dividend | J | T | | | | | |
| 83. Hess Corp | A | Dividend | J | T | | | | | |
| 84. Northrop Grumman Corp | A | Dividend | J | T | | | | | |
| 85. Raytheon Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Ivy Intnl Core Equity | A | Dividend | | | Sold | 05/29/19 | L | B | |
| 87. Vanguard Midcap ETF | B | Dividend | L | T | | | | | |
| 88. Kraft Heinz Co | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 89. TE Connectivity Ltd | A | Dividend | J | T | | | | | |
| 90. KeyCorp New | A | Dividend | J | T | | | | | |
| 91. Digital Realty Trust | A | Dividend | J | T | | | | | |
| 92. Merck & Co New | A | Dividend | J | T | | | | | |
| 93. Fortive Corp | A | Dividend | J | T | | | | | |
| 94. Affiliated Mgrs Grp | A | Dividend | J | T | | | | | |
| 95. Ameriprise Fin Inc | A | Dividend | J | T | | | | | |
| 96. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 97. Bioverativ Inc (Veritiv Corp) | | None | | | Sold | 01/06/19 | J | A | |
| 98. Amazon Inc | | None | J | T | | | | | |
| 99. American Tower Corp | A | Dividend | J | T | | | | | |
| 100. Allergan PLC | A | Dividend | J | T | | | | | |
| 101. Eaton Corp PLC | A | Dividend | J | T | | | | | |
| 102. Booking Holdings Inc | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Altria Group Inc | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 104.  Caterpillar Inc | A | Dividend | J | T | | | | | |
| 105.  Conoco Phillips | A | Dividend | J | T | | | | | |
| 106.  Halliburton Co | A | Dividend | J | T | | | | | |
| 107.  Oppenheimer Dev Mkts | A | Dividend | K | T | | | | | |
| 108.  AT&T Inc | A | Dividend | J | T | | | | | |
| 109.  Campbell Soup Co | A | Dividend | | | Sold | 06/24/19 | J | A | |
| 110.  Ford Motor Co | A | Dividend | J | T | | | | | |
| 111.  General Electric Co | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 112.  McDonald's Corp | A | Dividend | J | T | | | | | |
| 113.  Netflix Inc | | None | J | T | | | | | |
| 114.  Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 115.  United Tech Corp | A | Dividend | J | T | | | | | |
| 116.  Wal-Mart Inc | A | Dividend | J | T | | | | | |
| 117.  Adobe Inc | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 118.  Walt Disney Co | A | Dividend | J | T | Buy | 05/28/19 | J | | |
| 119.  iShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 04/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Amer Funds Euro Pacific | A | Dividend | K | T | Buy | 08/27/19 | K | | |
| 121. New Hampshire St Bus Sr A RV | B | Interest | K | T | Buy | 04/12/19 | K | | |
| 122. Apple Inc [C] | B | Dividend | L | T | | | | | |
| 123. Danaher Corp [C] | B | Dividend | K | T | | | | | |
| 124. JP Morgan Chase & Company [C] | A | Dividend | K | T | | | | | |
| 125. Oracle Corp [C] | A | Dividend | | | Sold | 05/30/19 | K | C | |
| 126. UnitedHealth Group [C] | A | Dividend | K | T | | | | | |
| 127. UBS Pace Money Market Investments Fund Class P [K] | A | Dividend | J | T | | | | | |
| 128. F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 129. Arbitrage Fund [K] | A | Dividend | J | T | | | | | |
| 130. BlackRock Equity Dividend Fund [K] | A | Dividend | J | T | | | | | |
| 131. Calamos Market Neutral Income Fund [K] | A | Dividend | J | T | | | | | |
| 132. Calamos International Growth Fund [K] | A | Dividend | J | T | | | | | |
| 133. Dreyfus Small Cap Value Fund (Name Change:BNY Mellow Opp SmCapFd) [K] | A | Dividend | J | T | | | | | |
| 134. Natixis Loomis Sayles Core Plus Bond Fund [K] | A | Dividend | J | T | | | | | |
| 135. Royce Premier Fund [K] | A | Dividend | J | T | | | | | |
| 136. Laudus Growth Inv US Large Cap Fund [K] | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  UBS Pimco College Fund 529(1) [K] | A | Interest | J | T | | | | | |
| 138.  UBS Pimco College Fund 529(2) [K] | A | Interest | K | T | | | | | |
| 139.  Fidelity Advisor Materials Fund Class A [K] | A | Dividend | J | T | | | | | |
| 140.  Invesco Developing Markets Fund Class A [K] | A | Dividend | J | T | | | | | |
| 141.  Oakmark International Fund [K] | A | Dividend | J | T | | | | | |
| 142.  Delaware Corporate Bond Fund A [K] | A | Dividend | J | T | | | | | |
| 143.  Ivy High Income Fund [K] | A | Dividend | J | T | | | | | |
| 144.  Metropolitan West Total Return Bond Fund [K] | A | Dividend | J | T | | | | | |
| 145.  Pimco Real Return Fund [K] | A | Dividend | J | T | | | | | |
| 146.  Virtus Seix High Grade Municipal Bd Fd (frmrly "Ridgeworth") [K] | A | Dividend | J | T | | | | | |
| 147.  T. Rowe Price Tax Free Short Intermediate Fund [K] | A | Dividend | J | T | | | | | |
| 148.  TCW Emerging Markets Income Fund [K] | A | Dividend | J | T | | | | | |
| 149.  MainStay Marketfield Fund [K] | A | Dividend | J | T | | | | | |
| 150.  First Eagle Global Fund [K] | A | Dividend | J | T | | | | | |
| 151.  Celgene Corp [C] | | None | | | Sold | 01/08/19 | K | B | |
| 152.  Berkshire Hathaway Inc [C] | | None | J | T | | | | | |
| 153.  Chubb Ltd [C] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Costco Wholesale Corp [C] | A | Dividend | J | T | | | | | |
| 155.  Dominion Energy (Name Change) [C] | A | Dividend | J | T | | | | | |
| 156.  PNC Financial Services Group [C] | A | Dividend | J | T | | | | | |
| 157.  PepsiCo Inc [C] | A | Dividend | J | T | | | | | |
| 158.  Verizon Communications Inc [C] | A | Dividend | J | T | | | | | |
| 159.  Ameriprise Fin Inc [C] | A | Dividend | J | T | | | | | |
| 160.  Broadcom Ltd [C] | A | Dividend | J | T | | | | | |
| 161.  Ecolab Inc [C] | A | Dividend | J | T | | | | | |
| 162.  Facebook Inc [C] | | None | J | T | | | | | |
| 163.  Vanguard Mid Cap FD [C] | B | Dividend | L | T | | | | | |
| 164.  Vanguard REIT ETF [C] | A | Dividend | K | T | | | | | |
| 165.  Affiliated Mgrs Group [C] | A | Dividend | J | T | | | | | |
| 166.  Digital Realty Trust Inc [C] | | None | J | T | | | | | |
| 167.  Hess Corp [C] | A | Dividend | | | Sold | 08/29/19 | J | A | |
| 168.  KeyCorp New [C] | A | Dividend | J | T | | | | | |
| 169.  Northrop Grumman Corp [C] | A | Dividend | J | T | | | | | |
| 170.  Raytheon Co [C] | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Home Depot Inc [C] | A | Dividend | J | T | | | | | |
| 172. Union Pacific Corp [C] | A | Dividend | J | T | | | | | |
| 173. SPDR S&P 600 Small Cap [C] | A | Dividend | K | T | | | | | |
| 174. Oppenheimier Dev Mkts [C] | A | Dividend | K | T | | | | | |
| 175. Starbucks Corp [C] | A | Dividend | J | T | | | | | |
| 176. Visa Inc [C] | A | Dividend | J | T | | | | | |
| 177. Fortive Corp [C] | A | Dividend | J | T | | | | | |
| 178. Conoco Phillips [C] | A | Dividend | J | T | | | | | |
| 179. Amazon Inc [C] | A | Dividend | K | T | | | | | |
| 180. Caterpillar Inc [C] | A | Dividend | J | T | | | | | |
| 181. Altria Group Inc [C] | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 182. Eaton Corp PLC [C] | A | Dividend | J | T | | | | | |
| 183. Booking Holdings Inc [C] | A | Dividend | J | T | | | | | |
| 184. American Tower Corp [C] | A | Dividend | J | T | | | | | |
| 185. AT&T Inc [C] | A | Dividend | J | T | | | | | |
| 186. Campbell Soup Co [C] | A | Dividend | | | Sold | 06/24/19 | J | A | |
| 187. Ford Motor Co [C] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. General Electric Co [C] | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 189. McDonald's Corp [C] | A | Dividend | J | T | | | | | |
| 190. Netflix Inc [C] | | None | J | T | | | | | |
| 191. Proctor & Gamble Co [C] | A | Dividend | J | T | | | | | |
| 192. United Tech Corp [C] | A | Dividend | J | T | | | | | |
| 193. Wal-Mart Inc [C] | A | Dividend | J | T | | | | | |
| 194. Vanguard FTSE Dev Mkt [C] | B | Dividend | M | T | | | | | |
| 195. Vanguard Index FDS S&P [C] | | None | | | Sold | 03/14/19 | J | | |
| 196. iShares Core S&P Small Cap [C] | A | Dividend | J | T | | | | | |
| 197. iShares Russell 1000 Growth [C] | A | Dividend | K | T | | | | | |
| 198. iShares MSCI EAFE [C] | A | Dividend | K | T | | | | | |
| 199. Vanguard Value ETF [C] | A | Dividend | K | T | | | | | |
| 200. Vanguard Mid-Cap ETF [C] | A | Dividend | J | T | | | | | |
| 201. Vanguard FTSE Emerging Mkts [C] | A | Dividend | K | T | | | | | |
| 202. iShares iBoxx & Invt Grade Corp Bond [C] | A | Dividend | J | T | | | | | |
| 203. iShares Core US Agg Bond [C] | A | Dividend | J | T | | | | | |
| 204. iShares Tips Bond [C] | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McAuliffe, Steven J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  iShares Natl Muni Bond [C] | A | Dividend | K | T | | | | | |
| 206.  iShares Short Term Natl Muni Bond [C] | A | Dividend | K | T | | | | | |
| 207.  SPDR Bloomberg Barclay High Yield Bond [C] | A | Dividend | J | T | | | | | |
| 208.  Vanguard Total Intl Bond [C] | A | Dividend | J | T | | | | | |
| 209.  Adobe Inc [C] | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 210.  ExxonMobil Corp [C] | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 211.  Halliburton Co [C] | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 212.  Walt Disney Co [C] | A | Dividend | J | T | Buy | 05/28/19 | J | | |
| 213.  Alphabet Inc CL A [C] | A | Dividend | K | T | Buy | 03/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation "[C]."

PART VII.  INVESTMENTS AND TRUSTS.

Line 17.  Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by "-").

PART VII.  INVESTMENTS AND TRUSTS.

2018 Report Line 80 is included in 2019 Line 47.

2018 Report Line 90 is included in 2019 Line 43.

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Steven J. McAuliffe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544